UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ANGEL CASTREJON VENEGAS,<br><br>            Plaintiff,<br><br>      v.<br><br>KORY LANE HONEA, et al.,<br><br>            Defendants. | 2:21-cv-2197 AC P<br><br><br>ORDER AND<br><br>FINDINGS AND RECOMMENDATIONS |

     By order filed December 19, 2023, plaintiff was granted leave to amend his complaint within thirty days.  The thirty day period has long since expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

     Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

     IT IS HEREBY ORDERED that a district court judge be randomly assigned to this matter.

     IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen after

being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 18, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE